UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYNN H. STONEROAD        :   CHAPTER 13
       Debtor                 :
                           :
       JACK N. ZAHAROPOULOS  :
       STANDING CHAPTER 13 TRUSTEE :
         Movant              :
                           :
       vs.                    :
                           :
       LYNN H. STONEROAD     :
        Respondent          :   CASE NO.   1-23-bk-01178

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this  6th  day of July, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

      a. The plan is underfunded relative to claims to be paid – 100% plan.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

              Respectfully submitted:

              Jack N. Zaharopoulos
              Standing Chapter 13 Trustee
              8125 Adams Drive, Suite A
              Hummelstown, PA 17036
              (717) 566-6097

      BY:      /s/Douglas R. Roeder
              Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   11th   day of July, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011


/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee4