# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 9/20/2023 |
| Case: 1:23−bk−01178−HWV | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Brian Nicholas | bnicholas@kmllawgroup.com |
| aty | Paul Donald Murphy−Ahles | pmurphy@dplglaw.com |

TOTAL: 3