## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lynn H. Stoneroad<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-01178-HWV |

### NOTICE OF CHANGE OF ADDRESS

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| **FROM:** | **TO:** |
|---|---|
| Lynn H. Stoneroad<br>312 Market Street<br>Highspire, PA 17034 | Lynn H. Stoneroad<br>409 Woodruff Way<br>Harrisburg, PA 17112 |

Date: October 13, 2025

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*